**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**


**CIVIL ACTION NO. 3:25-cv-330-GNS**


**PRECISION METAL WORKS, INC.**                                           **PLAINTIFF**

**vs.**

**THE TRAVELERS INDEMNITY COMPANY**
**OF AMERICA**                                                           **DEFENDANT**


**AMENDED SCHEDULING ORDER**


The Court having reviewed the parties' joint status report (DN 38), does **HEREBY ORDER AND ADJUDGE AS FOLLOWS:**

(1)    **No later than September 30, 2026**, the parties shall complete all pretrial discovery of any kind, including discovery depositions of all expert witnesses. The limitations placed on discovery by the parties as set out in their joint report are hereby adopted by the Court.  Before filing any discovery motion, all counsel must do two things. First, make a good-faith effort to resolve the dispute. *See* Local Rule 37.1. The Court will not entertain discovery motions unless counsel have conferred or attempted to confer with opposing counsel or other affected parties. Second, contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve. Counsel shall email Case Manager Ashley Henry at ashley_henry@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record. The email should not contain substantive legal arguments or recitations of the underlying facts, and should treat opposing counsel with respect and professional courtesy. **At least 24 hours before the conference, or sooner if directed by Ms. Henry, the parties shall submit via email brief memoranda (limited to 5 pages) outlining the dispute more thoroughly.** If the dispute persists after the telephonic conference with the Magistrate Judge, the moving party may submit a written motion. The motion must certify that, and explain how, counsel have conferred in good faith but remain unable to resolve the dispute.

**ALL MOTIONS PERTAINING TO DISCOVERY SHALL BE FILED NO LATER THAN FIFTEEN (15) DAYS AFTER THE CLOSE OF ALL DISCOVERY.**

Unless otherwise agreed to by counsel, the use of all deposition testimony shall be governed by Fed. R. Civ. P. 32, and all depositions taken for trial purposes only shall be completed within the discovery period.

(5)     **No later than November 30, 2026**, counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (<u>Daubert</u> motions).

(6)     All other limitations set forth in the Report of Parties' Planning Meeting to the extent they are not inconsistent with this Order, are incorporated herein.

(7)     In the event discovery is completed and neither party anticipates filing dispositive motions, or in the event no dispositive motions are filed by the deadline, counsel shall notify the Magistrate Judge's Courtroom Deputy and the case will be set for a status conference.  Upon resolution of any dispositive motions which are filed, the court will enter appropriate orders regarding the scheduling of this case toward final resolution, if necessary.

(8)     A telephonic status conference is scheduled for **<u>August 19, 2026 at 10:00 a.m.</u>** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-650-479-3207, Access Code 2316 055 1079. Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time.  Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that counsel of record must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).

Copies to:     Counsel of Record